UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDREW LASTINE, | Case No. 3:26-cv-00133-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| WARDEN NETHANJAH BREITENBACH, | |
| Respondent. | |

Petitioner Andrew Lastine has filed an unopposed motion for a 90-day extension of time to file his amended petition. (ECF No. 10 ("Motion").) This is Lastine's first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 10) is granted. Lastine has up to and including September 30, 2026, to file his amended petition.

DATED THIS 7th Day of July 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE