UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANDREW LASTINE,

Petitioner,

v.

WARDEN NETHANJAH BREITENBACH,

Respondent.

Case No. 3:26-cv-00133-MMD-CLB

ORDER

Petitioner Andrew Lastine has filed an unopposed motion for a 61-day extension of time to file his amended petition. (ECF No. 12 (“Motion”).) This is Lastine’s second request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 12) is granted. Lastine has up to and including November 30, 2026, to file his amended petition.

DATED this 1st Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE